THE PEOPLE OF THE STATE OF NEW YORK ex rel. THOMAS McCARTHY v. JOHN HANLEY, Warden, etc.— Motion denied.    Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

A. FINKENBERG'S SONS, INC., v. MORRIS ADEST and Others.— Motion denied, with ten dollars costs, and stay vacated.    Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

ANNIE B. FRISBIE v. JOHN E. HARRIS, Impleaded, etc.— Motion denied. Present — Clarke, P. J., Smith, Page and Finch, JJ.

JULIO DE FACIEU and Another, Copartners, etc., Respondents, v. WILLIAM H. KNOX & CO., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements.    No opinion.    Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

MICHAEL HARITOS, Respondent, v. ROBERT KRAUSE and Another, Appellants. — Order affirmed, with ten dollars costs and disbursements.    No opinion.    Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

LULU BELLE HOUSMAN, Appellant, v. WALTER WESTBROOK and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements.    No opinion.    Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

HARRY B. CHRISTOPHER, Respondent, v. THE COAL AND IRON NATIONAL BANK OF THE CITY OF NEW YORK, Appellant.— Order affirmed, with ten dollars costs and disbursements.    No opinion.    Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

WILLIAM C. JACOB, Appellant, v. WILLIAM J. SIMPSON and Another, as Executors and Trustees, etc., of WILLIAM SIMPSON, Deceased, Defendants.    SILVER & MOSKOWITZ, Respondents.— Order so far as appealed from reversed, with ten dollars costs and disbursements against the attorneys, respondents.    No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

FINANCE AND GUARANTY COMPANY, Respondent, v. PACIFIC FIRE INSURANCE COMPANY, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements.    No opinion.    Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

CHARLES I. LAMBERT, Appellant, v. WILLIAM K. VANDERBILT, Individually, and Others, as Trustees, etc., of ALFRED G. VANDERBILT, Deceased, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements.    No opinion.    Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

RITA VINAY, Respondent, v. VALENTINE PETIT PERRET, Appellant.— Order affirmed, with ten dollars costs and disbursements.    No opinion.    Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

WILLIAM HOLLINGER, Doing Business under the Firm Name and Style of HOLLINGER & DALTON, Appellant, Respondent, v. CLIFFORD L. MIDDLETON and Others, Copartners, etc., Respondents, Appellants.— Order affirmed, without costs.    No opinion.    Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.